## STATEMENT OF FACTS

On Friday, September 25, 2020, at approximately 3:35 p.m., an anonymous complainant contacted the Metropolitan Police Department to report a man laying on the ground, unresponsive, under a vehicle in the 3300 Block of Camden Street, SE, Washington, D.C. The officers responded in full uniform, operating marked cars, in order to investigate the report.

Upon arrival, Officers observed several members of the fire department who had arrived earlier in response to the report surrounding a man later identified as the defendant, Ronald Bernard Kent. As MPD officers arrived the defendant was regaining consciousness. According to the fire department officials, when they arrived the defendant was unresponsive and they administered Narcan to the defendant. Officers spoke with members of the Fire Department including R-1 who stated that when they arrived they observed the defendant on the ground with a firearm in his waistband. R-1 removed the firearm from the defendant's waistband while he was still unresponsive and proceeded to unload the firearm which contained ammunition.

The firearm was recovered and determined to be a Sarsilma2 Firearm 45mm semi-automatic pistol Model: ST45 with the serial number of T110217AF00371. At the time it was recovered, it was loaded with twelve live rounds and one in the chamber. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

A criminal history check of Defendant Kent through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction in the Circuit Court for Prince George's County, Maryland for Murder Second Degree, docket number CT141721C. The defendant was sentenced to ten years of incarceration for this conviction. Therefore, the defendant would have been aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

_____
OFFICER PAUL WEISS
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 26th day of September, 2020.*

2020.09.26
16:44:48 -04'00'

_____
ZIA FARUQUI
U.S. MAGISTRATE JUDGE

Case: 1:20-mj-00192
Assigned to: Judge Zia M. Faruqui
Assign Date: 9/26/2020
Description: COMPLAINT W/ ARREST WARRANT